# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-02354-LTB

GREASE MONKEY INTERNATIONAL, INC., a Colorado corporation,

 Plaintiff,

v.

KBL PETROLEUM, INC., a Pennsylvania corporation;
J&J JUST ASK RENTALS, INC., a Pennsylvania corporation;
JOSEPH R. BALLAS, an individual;
KERRI C. BALLAS, an individual;
TRES LAWER, an individual;
JOSEPH KRAHE, an individual; and
JODI KRAHE, an individual,

 Defendants.
_____

# ORDER GRANTING DEFAULT JUDGMENT
_____

THIS MATTER coming on for consideration for entry of Default Judgment, and the Clerk having, by Order dated April 10,2009 (Doc 15), entered default against Defendants;

HEREBY ENTERS DEFAULT JUDGMENT in Plaintiff's favor and against Defendants in the amounts sums listed below, plus interest hereafter at the rate of 1.5% per month.

 a. $477,786.26 against KBL Petroleum, Inc., Joseph R. Ballas, Kerri C. Ballas, Tres Lawer, Joseph Krahe, and Jodi Krahe, jointly and severally.

      b.      $116,696.64 against J&J Just Ask Rentals, Inc., Joseph R. Ballas, Tres Lawer, and Joseph Krahe, jointly and severally.

      c.      $17,092.12 against all Defendants jointly and severally.

BY THE COURT:

   s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED:   April 20, 2009